UNITED STATES
DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM WHATELEY,

Petitioner,

vs.

Case No. 2:23-cv-12118

Hon. David M. Lawson

MIKE BROWN, Warden

Respondent.

_____/

## PETITION TO HOLD WRIT OF HABEAS CORPUS
### IN ABEYANCE

NOW COMES Petitioner William Whateley, a pro se litigant to hold his petition in abeyance for the following reasons:

On August 17, 2023, Petitioner filed his original Writ Of Habeas Corpus against Warden Mike Brown at the Kinross Correctional Facility at 4533 West Industrial Park Drive, Kincheloe, Michigan 49788.
Petitioner resides at Kinross Correctional Facility at 4533 West Industrial Park Drive, Kincheloe, Michigan 49788.

### I. PROCEDURAL HISTORY

These above transactions took place after Petitioner filed his direct appeal in the Michigan Court Of Appeals who denied relief.
Petitioner then sought relief based on the denial from the Michigan Court Of Appeals in the Michigan Supreme Court who affirmed.
Petitioner then stopped his appeal and filed a Motion For Relief From Judgment with the Trial Court. Time was running out to file a

Page 1

Writ Of Habeas Corpus on the first set of issues, which is this active docket which is now pending for review.

Petitioner's new evidence claim is unexhausted. Now Petitioner seeks to hold his Writ Of Habeas Petition in abeyance based on newly discovered/available evidence where he has evidence of a new search warrant that was never presented to the Trial Court or never entered into evidence at trial. See Jury Trial Trans. pg. 3, Exhibit (A), where no evidence of a search warrant and affidavit was never entered into evidence.

Petitioner has been diligently seeking to track down the search warrant in his case before his preliminary examination, before trial, and continually during post-conviction appeal. See (Various requests for Search Warrant with different agencies including Freedom of Information , Wayne County Clerk, Appellate Attorney, etc.., Exhibit B)

Then just recently the State Prosecutor slipped up and mistakenly attached the search warrant as a exhibit to an answer to Defendant's /Plaintiff's Motion For Relief From Judgment, despite the search warrant and affidavit not being part of one of the Exhibits entered at Petitioner's trial as evidence during the officer-in-charge, Sgt Brian Humphrey's trial testimony. See (New Evidence of the Search Warrant and Affidavit at Exhibit A and C)

Petitioner discovered with this new evidence that he was denied his right to a defense because at page 2 of the new search warrant and affidavit it states that:

> "Due to the ongoing nature of this investigation , affiant requests that the information contained in this search warrant be suppressed until further ordered by the court"

See (Search Warrant at page 2 at Exhibit C)

Another discovery was that Petitioner was arrested on January 30, 2017, per the advice of rights form, however the affiant arrested Petitioner at his job on Fanst and West Warren at Star's Car Wash, where he performed a body search, then searched Petitioner's car/ vehicle and while he detained the Petitioner he went and did a search of his home on the day of arrest, January 30, 2017. See( Exhibit D, Advice Of Rights Form, dated January 30, 2017)

The critical thing here is that when Petitioner was arrested on

January 30, 2017, based on a January 23, 2017 complaint and investigation, the affiant had no lawful jurisdiction to search Petitioner, his car/vehicle, his cell phone or his home on January 30, 2017, because he did a request for a warrant the day after he arrested Petitioner on January 31, 2017. See (Sgt Brian Humphrey's/Affiant's Westland Police Request for Warrant Application at Exhibit E)

Petitioner also has corroborating evidence to support that affiant Sgt Brian Humphrey illegally arrested Petitioner and obtained a search warrant after he illegally searched his person, cell phone, car/vehicle and home on January 30, 2017, before he obtained a arrest and search warrant affidavit. See (Exhibit C where the Search Warrant and Affidavit is also dated January 31, 2017, a day after Petitioner's illegal arrest and illegal search of his person, cell phone, car/vehicle and home without a warrant).

Petitioner also contends that affiant Sgt Brain Humphrey also testified that he arrested Petitioner at his job by going to the car wash where he worked at. See (Trans pg. 140-141, at Exhibit A)

Petitioner further contends that affiant Sgt Brian Humphrey testified that he did tow his car/vehicle and before the car/vehicle was towed, that he searched inside Petitioner's car/vehicle. See (Trans pg. 141 at Exhibit E).

Petitioner lastly contends that affiant Sgt Brian Humphrey testified that he did obtain more search warrants to search Petitioner's hom. See (Trans pg. 142, at Exhibit E)

Petitioner acknowledged that all the search warrants are dated for January 31, 2017, which is an indication that every transaction that affiant Sgt Brian Humphrey made to take it upon himself to illegally arrest and search Petitioner, to then illegally searching his cell phone, car/vehicle and home after he arrested him without a warrant on January 30, 2017, a day before he sought the warrant.

Petitioner is seeking to hold his petition in abeyance while he returns to the State Court to exhaust his State Court remedies based on this new evidence that he did not have before filing his Motion For Relief From Judgment, pursuant to MCR 6.502(G)(2).

Petitioner admits that he did not exhaust this claim based on a Fourth and Fourteenth Amendment violation with the State Courts because mainly he has just come into receipt of the new evidence of

the search warrant and affidavit that he did not have when he first filed his Motion For Relief From Judgment, pursuant to MCR 6.502(G)(2).

A state prisoner who seeks federal habeas relief must first exhaust his or her available State Court remedies before raising a cliam in federal court. 28 USC § 2254(b) and (c). See: Picard v Connor, 404 US 270, 275-278 (1971). Federal District courts must dismiss habeas petitions which contain unexhausted claims. See: Pliler v Ford, 542 US 225, 230 (2004), citing Rose v Lundy, 455 US 509, 510, 522 (1983).

Contrary to, exhausting state court remedies in this case requires the filing of a post-conviction Motion For Relief From Judgment under MCR 6.500. See: Wagner v Smith, 581 F3d at 419. Petitioner could exhaust his claim by filing a Motion For Relief From Judgment with the Wayne County Circuit Court under MCR 6.502. The denial of a Motion For Relief From Judgment can be appealed to the Michigan Court Of Appeals and the Michigan Supreme Court. MCR 6.509; MCR 7.203;7.302. See: Nasr v Stegall, 978 FSupp 714, 717 (ED Mich 1997).

A habeas petitioner who is concerned about a possible effects of his or her state post-conviction filings on the AEDPA's statute of limitation can file a "protective" petition in federal court and then ask for the petition to be held in abeyance pending the exhaustion of state post-conviction remedies. See: Pace v DiDuglielmo, 544 US 408, 416 (2005), citing Rhines v Weber, 544 US 269 (2005).

A federal court may stay a federal habeas petition and hold the petition in abeyance pending resolution of state court post-conviction proceedings, if there is good cause for failure to exhaust and the unexhausted claims are not "plainly mertless". Rhines, 544 US at 278.

However MCR 6.502 (G)(2), states that a defendant may file a second or subsequent motion based on a retroactive change in law that occurred after the first Motion For Relief From Judgement, or a claim of new evidence that was not discovered before the first such motion. Banks, 149 F Appx at 418; Hudson, 68 FSupp2d at 800-801. Petitioner alleges that his claim is based on newly available/newly discovered evidence.

WHEREFORE, Petitioner, William Whateley, request that this Honorable Court GRANT this stay of proceedings to permit him to exhaust his claim in a second Motion For Relief From Judgment with the State Court. Banks v Jackson, 419 F Appx at 419-420; See Also: Cunningham, 756 F3d at 485-487. See Also: MCR 6.502 (G)(2).

Resepectfully submitted,

10-7-2024

Date

_William F. Whateley_

William Whateley #2/9341

In Propria Persona

## CERTIFICATE OF SERVICE

Petitioner William Whateley, hereby certify that a true copy of the above document was sent to the United States District Court at 231 West Lafayette Blvd Room 564 in Detroit, Michigan 48226, in the above case by United States Postal Service through the Kinross Correctional Facility Expedited Mail Service By KCF Staff Counselor on October __7__, 2024.

Respectfully submitted,

William Whateley/#249341
In Propria Persona

## EXHIBIT 1

Jury Transcripts — A

F.O.I.A wayne county clerk, and — B
Appellate Attorney

Search warrant & Affidavit — C

Advice of wrights — D

Westland Police Report — E

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CRIMINAL DIVISION

COPY

PEOPLE OF THE STATE OF MICHIGAN,

     Plaintiff,

vs.                            Case No. 17-002406-01-FH

WILLIAM FREDERICK WHATELEY,

     Defendant.

_____/

JURY TRIAL

BEFORE THE HONORABLE MICHAEL HATHAWAY

DETROIT, MICHIGAN - MONDAY, JUNE 5, 2017

APPEARANCES:

For the Plaintiff:  WAYNE COUNTY PROSECUTOR'S OFFICE
                    1441 St. Antoine Street
                    11th Floor
                    Detroit, Michigan 48226
                    BY:  KYLE HEIKA, ESQUIRE


For the Defendant:  WENDY BARNWELL, ESQUIRE
                    P.O. Box 441704
                    Detroit, Michigan 48244-1704


Audrey R. Kahn, CSMR-1374
248.681.1867

10/20/17 CC

1

BRIAN HUMPHREY

|  | | |
|---|---|---|
| Direct Examination by Mr. Heika | | 139 |
| Cross Examination by Ms. Barnwell | | 159 |
| Redirect Examination by Mr. Heika | | 166 |

| EXHIBITS: | | IDENTIFIED | RECEIVED |
|---|---|---|---|
| PX2-7 | Photos | 143 | 143 |
| PX8-27 | Text Messages | 98 | 98 |
| PX30 | 911 Call | 60 | 60 |
| PX31 | Photo | 141 | 142 |
| PX32-41 | Photos | 20 | 21 |
| PX43 | Report | 25 | 26 |
| PX44 | Photo | 114 | 114 |
| PX45 | Google Map | 45 | 46 |
| PX46 | Jail Call | 152 | 154 |
| PX47 | Basket | 110 | 146 |
| PX48 | Gasoline Can | 133 | 134 |
| PX49 | Lighter | 133 | 134 |
| PX50 | Notepad | 155 | 155 |

Q    And when you were assigned the case what are the first steps you took in the investigation?

A    I spoke to the complainant and I don't recall exactly the order of everything I did but that is one of the things that I did on that day.

Q    Okay. And did you speak with other people involved in this case, like such as Sharon?

A    Yes, I spoke to all of those people that you've seen so far. I have spoken to them at some point.

Q    Okay. And in the course of your investigation; did you develop a suspect?

A    Yes.

Q    Who is that?

A    That would be William Whateley.

Q    And as part of your investigation, did you arrest Mr. Whateley?

A    Yes, I did.

Q    Do you remember what day that was?

A    No.

Q    Okay. Where did you go to arrest Mr. Whateley?

A    We went to his work. The investigation revealed that he worked at a car wash in Detroit and we went there and just by chance he was walking outside, I believe to have a cigarette, break or something.

Q    Okay. And did you see Mr. Whateley smoking a cigarette at

140

some point around that time?

A   I believe so, yes.

Q   Okay.  Did you place him under arrest?

A   Yes, we did.

Q   Was he compliant with you?

A   Yes.

Q   Okay.  Did you also have -- did you also know what type of vehicle was his, or what he was driving?

A   Yes.  It was the green minivan that's been referred to several times.

Q   Okay.  And did you have that vehicle towed?

A   Yes, we did.

Q   Before the vehicle was towed, did you look inside it?

A   Yes.  We looked for evidence that was pertaining to the arson.

Q   And when you looked inside the vehicle, did you see that, that gas can Exhibit 48?

A   Yes.

Q   I'm going to show you Proposed Exhibit 31; do you recognize that photo?

A   Yes.

Q   What does that show?

A   That is the gas can that was tagged in evidence.

Q   And where is that gas can?  Who took that photo, did you?

A   I didn't, Sergeant Gasdecky did.  He was with me.

141

Q    Does that photo accurately depict the gas can you initially observed?

A    Yes, I asked him to take this photo.

MR. HEIKA:  Move for the admission of Proposed 31.

MS. BARNWELL:  No objection.

THE COURT:  31 is received.

MR. HEIKA:  I'm going to publish that exhibit for the jury.

BY MR. HEIKA:

Q    So we're looking at -- what part of the vehicle are we looking at?

A    As I recall it was in the rear compartment area, maybe closer to the center.  Behind the driver's seat.

Q    Okay.  So you arrested Mr. Whateley, and did you take him to the police department?

A    Yes.

Q    Okay.  And did you obtain more search warrants in this case?

A    Yes.

Q    Did you specifically obtain a search warrant for Mr. Whateley's home at the address of 6819 Faust in Detroit?

A    Yes, I did.

Q    And did you go to that house after Mr. Whateley was arrested?

142

A    Yes.

Q    And I'm going to bring it up to -- if you can just look in this bag and let us know if those were the items that you collected?

A    This is the stuff.

            MR. HEIKA:  Move for the admission of People's Proposed 47.

            THE COURT:  Do you object to 47?

            MS. BARNWELL:  I did make prior objection under the 404B, so that's only under that objection, Your Honor.

            THE COURT:  All right.  Overruled and received.  That is the basket with contents?

            MR. HEIKA:  Correct.

BY MR. HEIKA:

Q    Did you obtain a search -- when you arrested Mr. Whateley, did you recover his cellphone?

A    Yes.

Q    Did you obtain a search warrant for that cellphone?

A    Yes, I did.

Q    Were the contents of that phone downloaded?

A    Yes, I took them in to be forensically examined and extracted and placed on a disk.

Q    How do you go about doing that?

A    There's a place run by, I believe it's MSP, that you take

146

Sharon Mitchell

Q    Okay.  And are you familiar with someone named William Whateley?

A    I know that that was Heather's mom's boyfriend.

Q    Okay.  And how are you familiar with him, did you just know him from passing or personally?

A    Not personally.

Q    Had you seen him around the park?

A    Yes.

Q    Do you see that person in court today?

A    No.

Q    Okay.  The person you know as Heather's mother's boyfriend, do you see that person in court today?

A    I mean I'm blind, so I really can't see much of anything right now.

Q    Okay.  Do you wear -- you're wearing glasses?

A    Yes, but I'm legally blind like completely in this eye --

Q    In your right eye?

A    -- and I have no peripheral vision at all.

Q    Okay.  Can you see well enough to read things?

A    Depending on how close it is to my face.

Q    Okay.  I'll ask you on January 23rd, do you recall seeing a green van in the park?

A    Yes.

Q    Okay.  Had you seen that green van before?

A    Yes.

18TH DISTRICT COURT

WESTLAND COURT HOUSE

The People of The STATE of Michigan

V

William Federick WHATeley #249341

CASE NO# 17-702415-001-FY

## MOTION OR REQUEST FOR DISCOVERY

NOW comes william Frederick wHATeley IN Pro Per, PURSANT TO MCR 6.201B. Discovery IN Felony cases Provides That The Prosecutors Must supply Defendants with The Following INFormation IF Requested

1. ANy/all AFFidaviTS, STATements, warrant PerTAINING To searches And seizures IN connection with This case. Including Arrest warrants

2. The Personal Files oF TesTiFying officers

oral ARgument Requested iF needed

DATE 3-8-19

RespectFully suBmitted

William F.W.Whateley #249341

OAKS CorR Facility

1500 cABeerFac HigHway

Manistee MI 49660

To: court clerk

From: william F. Whatley #249341

case nos: 17-002406-01-FH
17-001371-01-FH

Got this 2-8-18

I would Like To Purchace one copy oF — each ARRest warrants and search warrants For case's

17-002406-01-FH
17-001371-01-FH

And Any ATTached Documents, complaints AFFidaviTs, statements

Thank you!

William F. Whatley #249341

OAKS correctional Facility
1500 caberFac Highway
MANistec, MI 49660

People of The State of Michigan

v

William F. Whateley

CASE: 17-001371-01-FH
17-002906-01-FH
17-00~~271-01~~-FH

## MOTION OR Request For Discovery

Defendant William F. Whateley moves This court or Demands of The Prosecution Pursuant To MCR 6.201 That The Prosecution provide The Following To Defendant William F. Whateley

1. Any all Police Reports
2. Arrest warrants
3. Search warrants
4. Any All Pictures used AT Trial
5. Any All texts used AT trial
6. Any All Phone Recordings used AT trial
7. complaints Any/all
8. Accurate copys of officers notes used To Arrest Defendant or concerning This case
9. Affidavits
10. Subpoenas
11. The Return on any search warrant

12. Arson Reports
13. copys of witness Lists
14. court orders To consiliedate court cases
15 A complete Discovery Package
16. Pictures of Poor Pattoral
17 any/all 911 Phone call Recordings related To This case
~~18 The Return Any~~
~~Search warrant TB~~

William F. Whateley #249341
OAKS CORR. Facility
1500 CABerFae Highway
MANISTee MI 49660

Date Filed - 1-16-18



# *Office of the County Clerk*

*Cathy M. Garrett*
*Wayne County Clerk*

February 21, 2018

William Whateley #249341
Oaks Correctional Facility
1500 Caberfae Highway
Manistee, MI 49660

People V. Whateley
Case Number: 17-001371-01-FH and 17-002406-01-FH

Our office is in receipt of your request for documents.  Please be advised that the Wayne County Clerk Office is returning the check #510011891 in the amount of $5.00 to you.

Please be advised that search warrants, arrest warrants, witness lists, PSI reports, discovery packages, affidavits, statements, evaluations, police documents, medical reports, lab reports, photographs, communications, as well as evidence are not part of the court file: therefore, you must formally petition the respective agencies or the Prosecutor's office for the said documents you desire.

Sincerely,

Wayne County Clerk's Office
/BR

*1441 St. Antoine, Room 901, Detroit, MI 48226*          *(313) 224-2502*     *Fax (313) 224-2786*

Michigan Department of Treasury
W-1004 (Rev. 3-16)

Page 1 of 1

DETACH AND RETAIN THIS STATEMENT. THE ATTACHED PAYMENT IS FOR ITEMS DESCRIBED BELOW. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

# STATE OF MICHIGAN
## REMITTANCE ADVICE

BANK CODE : 500
CATEGORY :

VENDOR : MISC00001

CHECK NO: 510011891
CHECK DATE : 02/14/2018

PAYMENT DOCUMENT

| CD | DEPT | ID | INVOICE NUMBER | INV.LINE NO. | INV.DT | DESCRIPTION | AMOUNT |
|----|------|-----|----------------|--------------|--------|-------------|--------|
| | | | | | | 2329801 ECF 249341 Whateley | 5.00 |

Oaks Correctional Facility
1500 Caberfae Hwy.
Manistee, MI 49660

| | | |
|---|---|---|
| Page TOTAL : | | 5.00 |

← DETACH HERE →

| | | |
|---|---|---|
| TOTAL: | | 5.00 |

510011891

## STATE OF MICHIGAN

472 180000014017

Dept Doc Ref ID

02/14/2018

FIVE AND 00/100 DOLLARS

$****5.00

PAY TO THE ORDER OF:

CLERK OF THE COURT
1441 ST ANTOINE
DETROIT MI 48226

Security features included.
Details on back.

JPMorgan Chase Bank, N.A.

N. A. Khouri, State Treasurer

⑆510011891⑆ ⑈044115443⑈ 880316133⑆

Michigan Department of Treasury
W-1004 (Rev. 3-16)

DETACH AND RETAIN THIS STATEMENT. THE ATTACHED PAYMENT IS FOR ITEMS DESCRIBED
BELOW. IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

# STATE OF MICHIGAN
## REMITTANCE ADVICE

Page 1 of 1

| BANK CODE : | 500 |
| --- | --- |
| CATEGORY : | |
| PAYMENT DOCUMENT | |

VENDOR : MISC00001

| CHECK NO: | 510011889 |
| --- | --- |
| CHECK DATE : | 02/14/2018 |

| CD | DEPT | ID | INVOICE NUMBER | INV.LINE NO. | INV.DT | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | 2329801 ECF 249341 Whateley | 7.00 |

Oaks Correctional Facility
1500 Caberfae Hwy.
Manistee, MI  49660

| | | |
| --- | --- | --- |
| ← DETACH HERE → | Page TOTAL : | 7.00 |
| | TOTAL: | 7.00 |

510011889

# STATE OF MICHIGAN

| 472 | 180000014012 | | | 02/14/2018 | 6-1544/411 |
| --- | --- | --- | --- | --- | --- |
| Dept | Doc Ref ID | | | | |

SEVEN AND 00/100 DOLLARS

$****7.00

PAY TO THE ORDER OF:

CLERK OF THE COURT
1441 ST ANTOINE
DETROIT  MI  48226

Security features included.
Details on back.

JPMorgan Chase Bank, N.A.

N. A. Khouri, State Treasurer

⑆510011889⑆ ⑈044115443⑈ 880316133⑈



# *Office of the County Clerk*

### *Cathy M. Garrett*
*Wayne County Clerk*

February 21, 2018

William Whateley #249341
Oaks Correctional Facility
1500 Caberfae Highway
Manistee, MI 49660

People V. Whateley
Case Number: 17-001371-01-FH and 17-002406-01-FH

Our office is in receipt of your request for documents. Please be advised that the Wayne County Clerk Office is returning the check #510011889 in the amount of $7.00 to you.

Please be advised that search warrants, arrest warrants, witness lists, PSI reports, discovery packages, affidavits, statements, evaluations, police documents, medical reports, lab reports, photographs, communications, as well as evidence are not part of the court file: therefore, you must formally petition the respective agencies or the Prosecutor's office for the said documents you desire.

Sincerely,

Wayne County Clerk's Office
/BR

*1441 St. Antoine, Room 901, Detroit, MI 48226*          *(313) 224-2502*     *Fax (313) 224-2786*



# *Office of the County Clerk*

*Cathy M. Garrett*

*Wayne County Clerk*

February 2, 2018

William Whateley #249341
Oaks Correctional Facility
1500 Caberfae Highway
Manistee, MI 49660

Re: People V. Whateley
Case Number: 17-001371-01-FH & 17-002406-01-FH

Dear Mr. Whateley:

Our office is in receipt of your correspondence regarding your request for documents. Please be advised that **arrest and search warrants**, PSI reports, Discovery packages, **affidavits, statements**, evaluations, police documents, medical reports, lab reports, photographs, communications, as well as evidence are not part of the court file; therefore, you must formally petition the respective agencies or the Prosecutor's office for the said documents you desire.

Please be advised that we have forwarded your motion for Discovery to:

> Honorable Judge Mariam Bazzi
> Third Circuit Court
> Frank Murphy Hall of Justice
> 1441 St. Antoine
> Detroit, MI 48226

Sincerely,

Wayne County Clerk's Office
/BR

*1441 St. Antoine, Room 901, Detroit, MI 48226*        *(313) 224-2502*        *Fax (313) 224-2786*

P.O. Box 30052
Lansing, Michigan 48909

Phone: (517) 373-0120



# Michigan Supreme Court
## Office of the Clerk

April 22, 2019

WILLIAM WHATELEY
#249341
1500 CABERFAE HWY
MANISTEE, MI 49660

Re:     *People v Whateley,* SC 159189

    This is in response to the motion to produce search warrants we recently received from you. Like all pleadings, a motion must be accompanied by a Proof of Service stating that you mailed a complete copy *to opposing counsel.*

    I've enclosed a copy of your motion. First, if you have not already done so, you must mail a copy of the motion to opposing counsel. Second, you must promptly prepare and mail to this office a signed Proof of Service (stating that you mailed a copy of the motion to opposing counsel).

                                  Respectfully,
                                  /s/ *Inger Z. Meyer*
                                  Staff Attorney

IZM
Enclosure

Copy by email to D McCreedy P56540 (letter only)

8-10-17

RE: *People of the State of Michigan v. William Whateley*   Case No. 17001371

Dear Mr. Whateley:

The Court has received your letter dated July, 27, 2017. We are unable to process your request. The court cannot provide copies of search warrants, text messages, nor any pictures. However, attached are your transcripts. We thank you for your patience.

A copy of this correspondence will be placed in your court file.

Judical Assistant
to the Hon. Mariam S. Bazzi,

# Robert Tomak
*Attorney at Law*

October 18, 2017

William Frederick Whateley #249341
Oaks CF
1500 Caberfae Hwy.
Manistee, MI   49660

Re:    People v. William Frederick Whateley
       Wayne County Circuit Court
       Criminal Division
       Case No. 17-2406

Dear Mr. Whateley:

This letter will go over what we talked about at our video conference on 10/17/17. You told me about several circumstances that you believe contributed to the unfairness of your trial. You told me about the judge addressing the jury concerning past crimes, that you were not present for a Walker hearing, that an identification witness was coached, defense attorney claimed she tried to bring a motion to quash but did not, delay in the exam, arresting officer not present, illegal search, 2 judges presiding at the trial, dog handler not allowed to testify, incomplete phone conversations played for the jury. We will consider all these issues when I read the transcripts which I haven't received yet. I will talk with you again after I've read the transcripts.

Sincerely,

Robert Tomak

5840 N. Canton Center Road Ste. 290 Canton, Michigan 48187
Telephone (734) 207-7636  Fax (734) 207-7638

# Robert Tomak
*Attorney at Law*

December 6, 2018

William Frederick Whateley #249341
Oaks CF
1500 Caberfae Hwy.
Manistee, MI   49660

Re:    People v. William Whateley
       Wayne County Circuit Court
       Criminal Division
       Case No. 17-2406

       <u>Your letter of 11/18/18</u>

Dear Mr. Whateley:

Your brief was filed months ago. We should be getting a decision soon. The pictures sent by Matt Tjapkes of a "basement sample" have no relevance to anything as far as I can see. Search warrant issues, the arson report – these are all matters that your trial attorney would have dealt with or considered during his representation of you at your trial. As to transcripts see email correspondence I received regarding this. I believe I sent you a copy of the 5/10/17 hearing. I do have CD's of pictures, interviews, jail calls, 911 call. If you wish I can send them to your sister or your girlfriend. I don't have written transcripts. As to the prosecutor being late with his brief that is not something we need to concern ourselves about.  There is nothing to object to and no advantage to you by doing so.

Sincerely,

Robert Tomak

5840 N. Canton Center Road Ste. 290 Canton, Michigan 48187
Telephone (734) 207-7636  Fax (734) 207-7638



**HFP** | **Humanity for Prisoners**
*Action with Compassion*

October 14, 2019

FOIA Coordinator
Michigan Department of Corrections
PO Box 30003
Lansing, MI 48909


Dear FOIA Coordinator:

This is a request under the Freedom of Information Act.

I am requesting a copy of any search and/or seizure warrants from the Prosecutor's file in case #17-002406-01-FH, People v. William Whateley.

The Michigan Freedom of Information Act requires a response to this request within five days. If access to the records I am requesting will take longer than this amount of time, please contact me with information about when I might expect copies or the ability to inspect the requested records. Please advise our office in regards to any cost for the requested documents before you process this request. If possible, emailing the records to me is preferred.

If you deny any or all of this request, please cite each specific exemption you feel justifies the refusal to release the information and notify me of the appeal procedures available to me under the law.

Thank you, in advance, for your attention to this matter.

Sincerely,

Matt Tjapkes
President, Humanity for Prisoners
PO Box 687
Grand Haven, MI 49417
616.935.0075
matt@humanityforprisoners.org

April 2, 2019

Matt Tjapkes
Humanity for Prisoners
PO Box 687
Grand Haven, MI 49417

RE:   **Freedom of Information Act Request No. A19-02243, Dated March 14, 2019, Concerning City of Detroit Police Department Records Pertaining to William Frederick Whateley**

Dear Mr. Tjapkes:

This letter serves as the City of Detroit's response to the above-referenced matter.  Your request was received by the City of Detroit Freedom of Information Section on March 14, 2019. Thank you for your patience.

Your letter requests:

". . . a copy of ALL records pertaining to William Frederick Whateley, . . . .  I am requesting ALL search warrants concerning William Frederick Whateley between 1.30.2017 through 1.31.2017.

1.   ALL search warrants concerning William Frederick Whateley between 1.30.2017 through 1.31.2017
2.   Walker Hearing Transcripts (confession) on 5.08.2017 for Case No. 17-002406001-FH (see attached ROA)"

Your request is denied, pursuant to MCL 15.235(5)(b), for the reason that, based on the information provided by the City of Detroit Police Department and Fire Department personnel, said Departments do not possess a record which corresponds to the description of your request. According to Fire Department personnel, the record that you seek may be maintained by the City of Westland Police Department.  The City of Westland is a separate legal entity.  Therefore, you must contact them directly.



# Humanity
# for Prisoners

*Action with Compassion*

March 14, 2019

City of Westland
Attn: FOIA Codrdinator
36300 Warren Rd.
Westland, MI 48185

Dear FOIA Coordinator:

Pursuant to the Freedom of Information Act, Michigan Compiled Law 15.231, or Public Act 442 of 1976, please consider this correspondence as a formal request for a copy of ALL records pertaining to William Frederick Whateley, DOB 9.08.1965. Westland Police searched Whateley's home in Detroit, MI on 1.31.2017. The Westland Police also searched his van while at work in Detroit on 1.30.2017. I am requesting ALL search warrants concerning William Frederick Whateley between 1.30.2017 through 1.31.2017.

1.   ALL search warrants concerning William Frederick Whateley between 1.30.2017 through 1.31.2017
2.   Walker Hearing Transcripts (confession) on 5.08.2017 for Case No. 17-002406-01-FH (see attached ROA)

Please advise our office in regards to any cost for the requested documents before you process this request. If possible, emailing the records to me is preferred.

If you deny any or all of this request, please cite each specific exemption you feel justifies the refusal to release the information and notify me of the appeal procedures available to me under the law.

Thank you, in advance, for your attention to this matter.

Sincerely,

Matt Tjapkes
Humanity for Prisoners
PO Box 687
Grand Haven, MI 49417
616.935.0075
matt@humanityforprisoners.org

STATE OF MICHIGAN
COUNTY OF WAYNE    SS                    SEARCH WARRANT AND AFFIDAVIT
                                              Page 1 of 2 Pages


TO THE SHERIFF OR ANY PEACE OFFICER OF SAID COUNTY:  WAYNE

     Affiant, Sgt. BRIAN HUMPHREY having subscribed and sworn to an affidavit
for Search Warrant, and I having under oath examined affiant, am satisfied that
Probable cause exists:

     THEREFORE IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, I command
that you search the following described place; THE PREMISES & CURTILAGE COMMONLY
KNOWN AS: 6819 FAUST AVE, DETROIT MI 48228, which is a 1 story tan house with white
trim. The front of the house is fenced in. There is Maroon mailbox in the front with the number
6819. There is a tan dog house near the front door.  The front has an American Flag displayed.
**And to seize, secure, tabulate and make return according to law the following**
Property and things:

- 1998 MERCURY VILLAGER MINI-VAN, PLATE DQE2376,
  4M2ZV114WDJ38058, THIS VEHICLE IS TO BE SEARCHED AND
  IMPOUNDED FOR LAB ANALYSIS AT A LATER TIME. THE SET OF KEYS,
  OR SPARE KEY TO THE VEHICLE AS WELL.
- ANY OTHER FUNCTIONAL VEHICLE RELATED TO THE ABOVE ADDRESS OR
  TO WHATELEY IS TO BE SEARCHED.
- ANY FIRE EXCELLERANTS/CONTAINERS THOUGHT TO BE ASSOCIATED
  WITH THE ARSON IN QUESTION.
- ANY RECEIPTS OF PURCHASES OF EXCELLERANTS OR CONTAINERS.
- ANY CELL PHONE ASSOCIATED WITH WILLIAM WHATELEY, INCLUDING
  BUT NOT LIMITED TO A CELL PHONE ASSOCIATED WITH THE PHONE
  NUMBER 313-685-5627. THE ELECTRONICALLY STORED CONTENTS OF
  SAME WILL BE SUBJECT TO SEARCH FOR PHOTOS, TEXTS, PHONE CALL
  LOGS, GPS LOCATOR, DELETED ITEMS ETC.
- ANY COMPUTER IN ASSOCIATION WITH WILLIAM WHATELEY AND THE
  ELECTRONICALLY STORED CONTENTS OF SAME.
- NINTENDO GAME CUBE.
- NINTENDO WII U.
- XBOX 360.
- SONY PS4.
- ELISA MALDONADO'S SOCIAL SECURITY CARD OR ANY ITEMS WITH HER
  NAME ON IT.
- THE BODY OF WILLIAM WHATELEY.

The following facts are sworn to by affiant in support of the issuance of
this Warrant:

DUE TO THE ONGOING NATURE OF THIS INVESTIGATION, AFFIANT REQUESTS THAT THE INFORMATION CONTAINED IN THIS SEARCH WARRANT BE SUPPRESSED UNTIL FURTHER ORDERED BY THE COURT.

I, Sgt. Humphrey, feel that the search of 6819 FAUST, DETROIT MI 48228,will result in the recovery of evidence further proving Stalking, Harassing Communications, Burglary, and Arson.

Affiant

Subscribed and sworn before me and issued under my hand this 31ˢᵗ Day of January Year 2017

8:35 am

Approved: via phone
P73132
RYAN LUKIEWSKI
Assistant Prosecuting Attorney

Judge of 18TH DISTRICT COURT
Wayne County Michigan

P16434

STATE OF MICHIGAN
COUNTY OF WAYNE    SS

SEARCH WARRANT & AFFIDAVIT
PAGE 2 OF 2 PAGES

STATE OF MICHIGAN
COUNTY OF WAYNE        SS

SEARCH WARRANT AND AFFIDAVIT
Page 1 of 2 Pages

TO THE SHERIFF OR ANY PEACE OFFICER OF SAID COUNTY:  WAYNE

Affiant, Sgt. BRIAN HUMPHREY having subscribed and sworn to an affidavit for Search Warrant, and I having under oath examined affiant, am satisfied that Probable cause exists:

THEREFORE IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, I command that you search the following described place; THE PREMISES & CURTILAGE COMMONLY KNOWN AS: 6819 FAUST AVE, DETROIT MI 48228, which is a 1 story tan house with white trim. The front of the house is fenced in. There is Maroon mailbox in the front with the number 6819. There is a tan dog house near the front door.  The front has an American Flag displayed. **And to seize, secure, tabulate and make return according to law the following** Property and things:

- 1998 MERCURY VILLAGER MINI-VAN, PLATE DQE2376, 4M2ZV1114WDJ38058, THIS VEHICLE IS TO BE SEARCHED AND IMPOUNDED FOR LAB ANALYSIS AT A LATER TIME. THE SET OF KEYS, OR SPARE KEY TO THE VEHICLE AS WELL.
- ANY OTHER FUNCTIONAL VEHICLE RELATED TO THE ABOVE ADDRESS OR TO WHATELEY IS TO BE SEARCHED.
- ANY FIRE EXCELLERANTS/CONTAINERS THOUGHT TO BE ASSOCIATED WITH THE ARSON IN QUESTION.
- ANY RECEIPTS OF PURCHASES OF EXCELLERANTS OR CONTAINERS.
- ANY CELL PHONE ASSOCIATED WITH WILLIAM WHATELEY, INCLUDING BUT NOT LIMITED TO A CELL PHONE ASSOCIATED WITH THE PHONE NUMBER 313-685-5627. THE ELECTRONICALLY STORED CONTENTS OF SAME WILL BE SUBJECT TO SEARCH FOR PHOTOS, TEXTS, PHONE CALL LOGS, GPS LOCATOR, DELETED ITEMS ETC.
- ANY COMPUTER IN ASSOCIATION WITH WILLIAM WHATELEY AND THE ELECTRONICALLY STORED CONTENTS OF SAME.
- NINTENDO GAME CUBE.
- NINTENDO WII U.
- XBOX 360.
- SONY PS4.
- ELISA MALDONADO'S SOCIAL SECURITY CARD OR ANY ITEMS WITH HER NAME ON IT.
- THE BODY OF WILLIAM WHATELEY.

The following facts are sworn to by affiant in support of the issuance of this Warrant:
   1. That Sgt. Humphrey is a police officer and detective of approx. 18 years.

2. That William Whateley is the ex-boyfriend of the victim Elisa Maldonado. That Elisa M. wants no further contact with him and William Whateley is not accepting this.

3. That the break-up occurred in November of 2016, but Whately has had numerous unwanted contacts with the victim, via text, phone calls, notes, and third party through relatives.

4. That for starters, I viewed 72 unwanted texts that Whately sent to Elisa M in a short period. She does not reply and she said she has not replied since November of 2016.

5. In these texts he threatened to show up at her bedside. He boasts that no one can stop him because he's no longer on Parole. In one text he claimed to have found out where she is hiding, but this does not appear to be the case at this time. One text says, "It's a slow day I have nothing better to do than bug you." Another text he claims he was present when some OTHER guys broke into her trailer and he prevented it. Then he texts the victim her own social security number. That social security card was stolen in a B&E, which will be detailed below. He boasts that he knows where her kid goes to school. Another text he demands to talk to her or "it will not end nice."

6. That these unwanted texts are threatening and/or intimidating in nature and has put the victim in such fear that she is in hiding. She has a PPO against him but it is not yet served.

7. That others in LEIN have PPO's against Whateley as well.

8. That a break-in occurred at the victim's trailer at 28495 Joy Rd E6 on approx. 01/18/2017 that is reported. Several of the listed video games were stolen along with the victim's social security card. That there is text evidence that Whateley committed that Break-in, or at least had knowledge of it while it was occurring.

9. That an arson occurred at 28495 Joy Rd E6 which is reported. The house was destroyed. WLFD arson specialists ruled it was arson based on burn patterns and a trained dog hit on accelerants.

10. That a witness saw William Whateley in the area in his green Mercury Villager mini-van while the fire was being extinguished by FD. He lives in Detroit and there is no viable reason he would be in this area.

11. That Whateley has verbally threatened to burn this same location down in the past to the victims daughter who lives in the same trailer park.

I, Sgt. Humphrey, feel that the search of 6819 FAUST, DETROIT MI 48228, will result in the recovery of evidence further proving Stalking, Harassing Communications, Burglary, and Arson.

_____
Affiant

Subscribed and sworn before me and issued under my hand this _31st_ Day of _January_
Year _2017_

8:35 am

Approved: VM Phone
#673132
RYAN LUKIEWSKI
Assistant Prosecuting Attorney

_____
Judge of 18TH DISTRICT COURT
Wayne County Michigan

P46434

STATE OF MICHIGAN
COUNTY OF WAYNE   SS

SEARCH WARRANT & AFFIDAVIT
PAGE 2 OF 2 PAGES

From:Westland Detective Burea     1 734 722 4666      01/  2017 18:15     #119 P.027/036

**STATE OF MICHIGAN** SS
**COUNTY OF WAYNE**

**RETURN TO SEARCH WARRANT**

      I hereby certify and return, that by virtue of the within Search Warrant to me directed, I have searched for the goods and chattels therein named, at the place therein described*

(1)    and that I have such goods and chattels before the Court, described as follows:

① N/W CORNER UTILITY ROOM WICKER BASKET CONTAINING CHECK # 660459 MADE OUT TO ELISA ZACHARIAS - 5 WATCHES, MISC COSTUME JEWELRY, MAKE UP, EYEGLASSES, PENS, BATTERY, HAIR BAND, MEMORY MATCH PLAY CARDS, 8 REWARD/MEMBERSHIP CARDS, SMM# COURTESY CARD NAME OF STEPHAN BROWN, MI OPS OF ELISA HOUJAIRY : NIDAL HOUJAIRY, PHOTO, DVID IN MEMORY OF AMBER BERY, — , 2 MEDICATIONS ELISA MALDONADO

② NORTH BEDROOM — NORTHWALL DRESSER — SOCIAL SEC. CARD ELISA HUWJIARY 371 80 0170

③ PRESCRIPTION MEDICATIONS W/ NAME ELISA MALDONADO BLACKED OUT

(2)    and that I have been unable to find such goods and chattels.

                                      1478

                                  Municipal Police Officer

Sheriff                                  Deputy Sheriff

DATED AT: 1145

THIS 31ST DAY OF January

A.D., 20 17

Address 6819 FAUST DETROIT.

**ORIGINAL RETURN ON SEARCH WARRANT**

Strike either (1) or (2), whichever is inapplicable.

PD1540c

24

From: Westland Detective Burea          1 734 722 4666          01/ ·2017 18:14          #119 P.023/036

EXHIBIT-A

## ADVICE OF RIGHTS

### YOUR RIGHTS

PLACE: _WLPD_

DATE: _1-30-17_

TIME: _1342_

**BEFORE WE ASK YOU ANY QUESTIONS, YOU MUST UNDERSTAND YOUR RIGHTS.**

I, _WILLIAM WHATELEY_, understand that

✓ I have the right to remain silent.

✓ Anything I say can be used against me in court.

✓ I have the right to talk to a lawyer for advice before you question me, and to have him with me during questioning.

✓ If I cannot afford a lawyer, one will be appointed for me before any questioning, if I wish.

✓ If I decide to answer questions now, without a lawyer present, I still have the right to stop answering at any time, until I talk to a lawyer.

✓ I also have the right to make a statement, or answer questions, if I so desire.

SIGNED _William Whateley_

DATE OF BIRTH _9-8-65_

DRESS _____

Y-STATE _DETROIT MI_

ONE _313-685-5627_     "Buddy" Scond 7/334-3490

NESS _Humphrey_          WITNESS _____

MARKS. _GED_          DRUNK OR HIGH NOW? "NO"

22

UD-94 (2-89)

AUTHORITY: PA 59 of 1935

Compliance Voluntary

## WESTLAND POLICE REQUEST FOR WARRANT

### INVESTIGATOR'S REPORT

**2017702417**

| 17-2030 | | |
|---|---|---|
| Police Offense Number | | |
| ☐ MORE DEFN. | | Prosecutor Case No. |

DATE: 01/31/2017

| CUST | DEFENDANT NAME (Last, First, Middle)    FULL ADDRESS | AGE | SEX | RACE | D.O.B. | ST. & LOCAL I.D. |
|---|---|---|---|---|---|---|
| YES | WHATELEY, WILLIAM FREDERICK, 6819 FAUST ST, DETROIT MI, 48228 | 51 | M | W | 09/08/1965 | 1288349K |
| | | | | | | |
| | | | | | | |

Offense (To be filled in by Prosecutor)  Arson 2d  *MCLA 750.731* Unlawful ✓ green

| Place of Offense: 28495 JOY RD, TRAILER E6, WESTLAND, 48185 | Date: 01/23/2017 | Date of Complaint: 01/23/2017 |
|---|---|---|
| | Time 1935 | |

| Complainant's Name (Last, First, Middle)    Full Address Maldonado, Elisa, ▓▓▓▓ | Age 50 | Sex F | Race W | Phone No. ▓▓▓ |
|---|---|---|---|---|

| Person to Sign (Last, First, Middle) Sgt. Brian Humphrey | Reviewing Attorney and Bar No. |
|---|---|

## DETAILS OF INVESTIGATION

| GUN USED | N | | #KILLED/INJURED | N |
|---|---|---|---|---|

NOTE: This case is related to B&E/Stalking case 17-2010, which is related to the stalking of Elisa Maldonado by William Whateley. WITNESSES OF STALKING IN OTHER CITIES ARE LISTED TO SHOW A PATTERN OF AGGREVATED STALKING.
OFFICER JACHYM'S NARRATIVE AS WRITTEN: Suspect Info: William Frederick Whateley, W/M 09/07/65, 5'06 150, brown hair, hazel eyes,
goatee. Subject drives a green mini-van.

   On 01/23/17 (approximately 1938 hrs) Ofc. Little and I were dispatched to 28495 Ann Arbor Trl #E6 (Mohawk Mobile Home Park) to assist WWFA with a house fire. Upon our arrival WWFA was already on scene. Ofc. Little and I assisted with traffic and crowd control.

   While talking with persons in the crowd, I spoke with witness Sharon Mitchell. Sharon did not know who resided at #E6, but stated that Heather Woodard resided at #E10, and Heather is the daughter of the resident of #E6. Sharon spoke with Heather recently, and states that Heather's mother was in the process of moving out due to problems with the mother's exboyfriend. Sharon states that the ex-boyfriend has made threats to burn the house down.

CONT . . .

| Sgt. Brian Humphrey | | | Reviewed & Approved By: | | |
|---|---|---|---|---|---|
| | | Wlpd Detective | | | Wlpd Detective Bureau |
| Officer in Charge | Emp. No. | Dept./Precinct/Bureau | | Commanding Officer | Dept./Precinct/Bureau |

*2*

PAGE 2

REQUEST FOR WARRANT RECOMMENDATION

## DETAILS OF INVESTIGATION (Continued)

Sharon was able to provide me with a phone number for Heather. Dispatch was able to contact Heather, who responded to the location with her mother, victim Elisa Maldonado. I spoke with Heather first, who stated that she and Elisa were having problems with Elisa's ex-boyfriend, subject William Whateley. William is constantly calling/texting both Elisa and Heather to the point that they believe that William is harassing them. Heather has made a report with the Detroit Police Department (#1612270134) regarding same. Elisa even made a report with our department on todays date after realizing the home and shed were broken into, and William made some suspicious remarks regarding same (#170002010).

Heather went on to say that because of Williams behavior and statements lately, Elisa is in the process of moving out of the home. Heather was at the location today moving items out, and that she left the location approximately one hour prior to being called by dispatch regarding the fire. Heather stated that William had Facebook messaged her about one month ago threatening to burn the house down. Heather tried to retrieve the message, but she could not find it. Heather then thought that William may have stated it while talking to her on the phone.

Heather and Elisa both have PPO's against William, however, neither PPO has been served. Elisa confirmed what was told to me by Heather, and she did not have any further information to add. After speaking with Heather and Elisa, I was informed by Sharon that she saw William drive past the location on Joy Rd while I was speaking with Heather and Elisa. I asked Sharon if she thought it was William because it was a similar to the vehicle he drove. Sharon states that it was definitely William because he looked directly at her, and she was able to positively identify him.

WWFA extinguished the fire, however, the home appeared to be completely destroyed. The most damage appeared to have been caused to the front of the location. The WWFA Arson Investigation team arrived and began conducting their investigation.

At this time Arson is suspected. DB review is requested. WWFA case #17-977.

Cont..

| | | | | | |
|---|---|---|---|---|---|
| Sgt. Brian Humphrey | | WLPD/ DB | Reviewed & Approved By: | | WLPD/ DB |
| Officer in Charge | Emp. No. | Dept./Precinct/Bureau | | Commanding Officer | Dept./Precinct/Bureau |



From:Westland Detective Bure.  1 734 722 4666  01  /2017 18:08  #119 P.004/036

PAGE 3

## REQUEST FOR WARRANT RECOMMENDATION

### DETAILS OF INVESTIGATION (Continued)

Sgt. Humphrey's narrative:

I was assigned this arson case. I reviewed the report. Whateley is the prime suspect. I am in communication with WLFD Eggers and Wojtowicz. This case is directly related to Stalking/Home invasion case 17-2010. 17-2010 has all the pertinant information about the arson in this case. The narrative is shown below.

"I was assigned this case. I reviewed the report. This case directly pertains to ARSON CASE 17-2030. William Whateley is the prime suspect in an arson at the same location. This burglary happened just days prior to the arson at the same location.

Whateley has been stalking the victim in this case. Details of which will be given below. The stalking of the victim is extensive. Whateley has a criminal record going back to 1993.(Felony Larceny, B&E, 2 Felony Stalkings, R&C, Misd Arson and others).

Several video game related items were taken. I checked our pawn database with negative results. Since the suspect texted the victim and admitted knowledge of the burglary, those video game items are expected to be at his residence on Faust Street in Detroit. This will be explained below. I verified that he is living at 6819 Faust in Detroit through various means, which included driving out there. I saw his vehicle and also saw him walk out the front door.

Whateley has been relentlessly stalking the victim since November of 2016. The victim has shown me numerous text messages of Whateley either stating he spotted her in person, or implying same. Some of the texts imply threats. These texts will be detailed below.

One text stream Whateley places himself at the scene of this B&E. In the text he tells the victim that he was present at her trailer and spotted two suspects leaving the trailer with items from the trailer, and that he chased them away(he did not call the police). Then he asks her what he should do with her property. Then he texts the victim her own social security number to boast that he now has possesison of her soc sec card.

The victim stated that Whateley has harassed her daughter Heather who lives in the same trailer park in Westland. He tries to get messages to the victim through her daughter, who in turn has told him repeatadly that the victim wants no further contact. There are so many unwanted contacts that they are uncountable.

The victim is now terrified of Whateley, since he is the prime suspect in burning her trailer to the ground. There was strong probable cause that Whateley was stalking her, and in the process broke into her trailer and then at a later date burned it to the ground. Whateley was seen in the area by a witness driving his green mini-van at the time of the fire. That listed vehicle of

Cont. .

| Sgt. Brian Humphrey | | WLPD/ DB | Reviewed & Approved By: | | WLPD/ DB |
|---|---|---|---|---|---|
| Officer in Charge | Emp. No. | Dept./Precinct/Bureau | | Commanding Officer | Dept./Precinct/Bureau |



From:Westland Detective Bureau    1 734 722 4666    01  72017 18.08    #179 P.005/036

PAGE 4

REQUEST FOR WARRANT RECOMMENDATION

## DETAILS OF INVESTIGATION (Continued)

Whateley's was entered in LEIN as wanted.

I went to Whateley's work with Sgt. Gazdecki. By chance Whateley came walking outside near his vehicle. He was arrested on suspicion of aggravated stalking, home invasion and arson. His vehicle was impounded by WLCC. An inventory search was conducted. During this search it was observed that there was an empty gas can in the rear area of the vehicle, that smelled of gasoline. I was not sure how WLFD would handle that forensically, so the can was left where it was, but photographed. The vehicle is included in a search warrant which was be conducted in the near future. That gas can from the car will be retrieved at that time. Sgt. Bobby did later retrieve it and it is now in evidence.

The subject was transported to the station. He was interviewed under Miranda. He read and signed the WL AOR form and he agreed to talk to me about this case.

I had not and did not initially mention the arson to Whateley. At first I only spoke to him about the unwanted texts and the circumstances of their relationship. Whateley admitted that the victim broke off their relationship in November of 2016. He said he was angry about that, most especially because she would not talk or text with him. He said she knew that being ignored makes him angry. He admitted to sending numerous texts over these past months and recently. I read some of the more pertinent texts to him. He admitted to sending all of them. Here are some examples, although there were several more. If the date and time is known it will be listed, but this information will be known when his phone is taken for forensic analysis: Texts from Whateley as typed "Enough is enough tired of watching you walk in that place earth you talk with me or I walk up to you and I'll talk you just lison. See you in 3 days. I promise. I don't break Promise's"/ ".

. .if you don't speak wit me im going to come see you and chance to talk to out me me? I'm not on Parole, I can leave your stuff anywhere and tell anyone." /"I have done my research that's all I'll say, as far as finding you, it wasn't as hard as I thought."/"Im going to bug the shit out of you till you answer, it's on you."/"Do you know that leave work every day at 4 just a o watch you drive home . . ."your trailer, I do my thing you know me, I caught a big guy that lives in the trailer park how do I do with your stuff, social security card and things he and a little guy i can't catch." "371_80_0179" (her social security number). " . . .I'm going to blow your phone up till you answer, the fire road really?" (In reference to seeing her take the fire lane to get into her work). "You need to get the break light fixed." (Referring to seeing her car had a brake light out while driving.)

Whateley admitted under Miranda to all of these texts. Most he said he was just trying to bug or annoy her as his motive.

He admitted to the text about being present during the burglary at the residence in Westland. He claimed he went there to drop off some of the victims mail and happened to come across the

| Sgt. Brian Humphrey | | WLPD/ DB | Reviewed & Approved By: | | WLPD/ DB |
|---|---|---|---|---|---|
| Officer in Charge | Emp. No. | Dept./Precinct/Bureau | | Commanding Officer | Dept./Precinct/Bureau |



From:Westland Detective Bureau    1 734 722 4666    01. /2017 18:08    #119 P.006/036

PAGE 5

## REQUEST FOR WARRANT RECOMMENDATION

### DETAILS OF INVESTIGATION (Continued)

burglary in progress. He said he chased them off and recovered a box of misc items which also had her social security card. He admitted that box was now at his home. Whateley never mentioned the missing the video games and accessories that were stolen from the residence. When confronted on this omission, he said that he had those items at the house too. A search warrant was in the works for those items. After this admission Whateley admitted that he has been parking across the street on more than one occasion and watching the victims trailer to catch a "glimpse" of her. He claimed he was also looking for the alleged burglary suspects as well(not reported to police).

As I stated. I did not mention the arson to him. Eventually, he stated that he had driven by the trailer and saw that it was burned down. He then tried to pin the blame on the victim, stating she was trying to set him up for arson, by burning it down and blaming him. I had prior knowledge that a witness(Sharon) had seen him near the trailer in his green mini-van. I also had prior knowledge that Whateley had lost his car keys in the area at the very date and time of the fire. Whateley's friend(Michael)who I spoke to, told me that he had to bring Whateley a spare set of car keys, because Whateley had lost his car key. He brought the keys to Whateley. Whateley was only 3 blocks from the fire on Harrison Street north of Joy Rd. The friend said he saw the smoke from the fire when he dropped the keys off, and saw/heard fire trucks. He said Whateley said he had been visiting a female and was now leaving the area. His friend was not familiar with the area and got lost on the sub when he was trying to leave. While working his way to a main road he saw that Whateley had not left. He was still in the area.

Without revealing how I knew the information from his friend, I advised him I knew exactly where he was around the time of the fire, on Harrison Street 3 blocks north of Joy. At that time he admitted he was in that area on the day of the fire, but it was just to "take a pee." He said he was drunk and should not have been driving. Whateley admitted to losing his car keys on that day and to hearing fire trucks. He admitted that his friend had to bring him a spare key. He would not admit to starting the fire, but admitted that he may have walked on foot closer to the trailer than his car was parked. He also said it was possible that he could have driven through the complex around the time of the fire. A witness(Sharon)did see him in the area. This will be further detailed.

When pressed for further details he requested a lawyer. He was re-lodged.

Below is clarification on witnesses;
Michael Dixon: Man who brought Whateley his spare car keys only 3 blocks away during the fire. He wrote a statement.
Pastor Randy Weeks: Is the pastor of the church that the victim goes to and Whateley knows this. Weeks saw Whateley on the church property in South Lyon.

| Sgt. Brian Humphrey | | WLPD/ DB | Reviewed & Approved By: | | WLPD/ DB |
|---|---|---|---|---|---|
| Officer in Charge | Emp. No. | Dept./Precinct/Bureau | | Commanding Officer | Dept./Precinct/Bureau |

From:Westland Detective Bure    1 734 722 4666    01. . /2017 18:09    #119 P.007/036

PAGE 6

## REQUEST FOR WARRANT RECOMMENDATION

### DETAILS OF INVESTIGATION (Continued)

Heather Woodard: Heather has dealt with Whateley in Westland on numerous occasions since the break-up between Whateley and the victim. Heather is the victim's daughter. She lives in the sme trailer park in Westland. Whateley comes there in search of the victim and to try to relay unwanted messages to the victim. He texts Heather as well. She will testify to same. Woodard called one of these unwanted contacts into WLPD. A record of this exists and will be scanned into the report.(16-34955).

Lisa Warren: She is an employee that works with the victim in Livonia. She saw Whateley at the victims work the very day that Whateley texted the victim boasting that he saw her take the "fire road" to her work.

Sharon Mitchell: She saw Whateley on the property in Westland at the approx time of the fire. She lives in the trailer complex and knows who he is and what he drives(veh listed).

Most of these people received unwanted texts from Whateley while he was in search of the victim, according to the victim.

Elisa Maldonado(victim): The victim can testify to numerous unwanted contacts in Westland, Livonia, South Lyon and other locations. One contact she dialed 911 and I have a recording of that. She is advising WLPD that Whateley is there against her will, and would not leave.

I swore and signed a search warrant for Whateley's residence. The results are as follows; A weaved basket full of items owned by the victim, were found in the laundry area of Whateley's home. The basket included costume Jewelry, watches, prescription drugs, the victims exhusbands ID. Sgt. Torolski found the victims social security card in Whateley's bedroom. The victim verified that the items in that basket were indeed hers, and that they were taken from her trailer during the burglary. These items were tagged into evidence.The video game related items were not recovered, but the suspect did admit to taking them home. What happened to those items is unknown at this time.

Photos were taken at the scene which were later scanned in. A copy of the search warrant was left at the scene. The house was infested with fleas, so we filled out the return at the station and placed a copy in the subjects property at the station. No forced entry was necessary as we had a key. Whateley's friend and co-worker Kevin arrived there because he had a good rapport with Whateley's 2 dogs. He kept them at bay while we searched. The house was then secured. The dogs were left in the care of Kevin at the scene.

When Whateley was arrested, he had in his possession a note pad and pen. On the first page of the notepad was the victims make and model of her car and her plate. This is further evidence of the fanatical and potentially dangerous obsession he had with the victim.

Strong probable cause exists for Aggravated Stalking, Home Invasion and Arson regarding suspect William Whateley. Video of Whateley's interview stands at the ready for viewing upon request, and is also saved on disc's. All related 911 calls are saved to disc. A warrant rec was forwarded to the WCAP office for review. He remains in custody.

NOTE: Just prior to our arrest of the suspect, Whateley stated an unknown sheriff served Whateley with the PPO in regard to the victim.

| | | | Reviewed & | | |
|---|---|---|---|---|---|
| Sgt. Brian Humphrey | | WLPD/ DB | Approved By: | | WLPD/ DB |
| Officer in Charge | Emp. No. | Dept./Precinct/Bureau | | Commanding Officer | Dept./Precinct/Bureau |

PAGE 7

REQUEST FOR WARRANT RECOMMENDATION

**DETAILS OF INVESTIGATION** (Continued)

Witnesses: (Most are clarified already above)
Sgt. Humphrey is the OIC. I can testify to the investigation, search warrant, admissions and other aspects of the investigation.
Officer Broda took the original report.

Admisssions: See narrative. The subject places himself at both the arson and burglary and admits to several unwanted contacts with the victim.

NO LINE-UPS

Evidence: Recovered stolen property from the home invasion, 911 calls, interview video, notepad indicating stalking, possible gas can and lighter from arson. Some written statements. AOR.

NOTE: The fire report is not available until tommorrow. The fire was ruled arson by WLFD with accellerants.

| Sgt. Brian Humphrey | | WLPD/ DB | Reviewed & Approved By: | | WLPD/ DB |
|---|---|---|---|---|---|
| Officer in Charge | Emp. No. | Dept./Precinct/Bureau | | Commanding Officer | Dept./Precinct/Bureau |



October 7, 2024

To: OFFICE OF THE CLERK
    United States District Court
    231 West Lafayette Blvd - Room 504
    Detroit, Michigan 48226

From: William Whateley
    MDOC # 249341
    Kinross Correctional Facility
    4533 West Industrial Park Dr.,
    Kincheloe, Michigan 49788

Re: **Whateley v Warden Mike Brown**, Case No. 2:23-cv-12118

Clerk,

Please find enclosed to be filed is my Petition To Hold Writ Of Habeas Corpus In Abeyance pending the final resolution in the State Court to exhaust my State remedies based on new evidence that I did not have when I filed my first Motion For Relief From Judgment pursuant to MCR 6.502(G)(2), which a Certificate Of Service.

However, if there is any error in form as it relates to this current Petition To Stay In Abeyance as I present this pleading as a Pro Se Litigant, please dont hesitate to inform the Petitioner.

Thanks for your time and patience in this very important matter.

Respectfully submitted,

William F. Whateley #249341
Petitioner

William F. WHATeley #249341
Kinross Corr. Facility
4533. W Industrial Park Drive
Kincheloe, MI, 49788

UNITed STATes District court
office of The clerk
Theodore Levin United states court House
231 west Lafayette BLVD - Room 564
Detroit michigan 48226